# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>HOLLANDER, ELLEN L. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND | 3. Date of Report<br><br>02/08/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b.   ☑   Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| UNITED STATES COURTHOUSE<br>CHAMBERS OF ELLEN LIPTON HOLLANDER<br>101 W. LOMBARD STREET<br>BALTIMORE, MD 21201 |

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. BOARD MEMBER | LIBRARY COMPANY OF THE BALTIMORE BAR |
| 3. BOARD MEMBER | MARYLAND CHAPTER OF THE FEDERAL BAR ASSOCIATION |
| 4. FIRST VICE PRESIDENT | DISTRICT JUDGES ASSOCIATION OF THE FOURTH CIRCUIT |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989-2019 | RETIREMENT SYSTEM FOR JUDGES OF THE STATE OF MARYLAND |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOLLANDER, ELLEN L.** | 02/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | MARYLAND STATE RETIREMENT AGENCY | $114,089.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | SELF-EMPLOYED-ADVERTISING/MARKETING |
| 2. | 2019 | PENSION - THE HEARST CORP BROADCAST RETIREMENT PLAN |
| 3. | 2019 | SELF EMPLOYED-ROYALTIES (AUTHOR) |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOLLANDER, ELLEN L.** | 02/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NORTHWESTERN MUTUAL LIFE INSURANCE | LOAN AGAINST CASH VALUE OF POLICY | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 02/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | WHOLE LIFE INSURANCE POLICY: (H) | | | | | | | | | |
| 2. | NORTHWESTERN MUTUAL POLICY - CASH VALUE | C | Int./Div. | N | T | | | | | |
| 3. | CASH ACCOUNTS: (H) | | | | | | | | | |
| 4. | M&T BANK | A | Interest | J | T | | | | | |
| 5. | BANK OF AMERICA | A | Interest | J | T | | | | | |
| 6. | US BANK - MORTGAGE ESCROW ACCOUNT | A | Interest | J | T | | | | | |
| 7. | JP MORGAN CHASE BANK, N.A. | A | Interest | K | T | | | | | |
| 8. | BROKERAGE & PERSONAL HOLDINGS: (H) | | | | | | | | | |
| 9. | WELLS FARGO ADVANTAGE TREASURY PLUS MM FUND | A | Int./Div. | J | T | | | | | |
| 10. | INSURED DEPOSIT PROGRAM (Y) | A | Interest | J | T | | | | | |
| 11. | MERRILL LYNCH BANK DEPOSIT | A | Interest | J | T | Sold<br>(part) | 05/06/19 | K | | |
| 12. | AO SMITH CORP | A | Dividend | | | Sold | 04/04/19 | J | A | |
| 13. | ALPHABET INC-CLASS C | | None | K | T | | | | | |
| 14. | AMAZON.COM INC. | | None | K | T | | | | | |
| 15. | AMERICAN TOWER CORP | A | Dividend | K | T | | | | | |
| 16. | ANSYS INC.-COMMON | | None | L | T | | | | | |
| 17. | BIO-TECHNE CORP | A | Dividend | J | T | Buy | 01/09/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 02/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   BLACKBAUD, INC. | A | Dividend | | | Sold | 04/30/19 | J | C | |
| 19.   BLACKLINE, INC. | | None | K | T | Buy<br>(add'l) | 07/22/19 | J | | |
| 20.   BROOKS AUTOMATION, INC. | A | Dividend | K | T | Buy<br>(add'l) | 08/02/19 | J | | |
| 21. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 22.   CARMAX, INC. | | None | K | T | | | | | |
| 23.   CBRE GROUP, INC. | | None | K | T | | | | | |
| 24.   CELGENE CORP-COMMON | | None | | | Sold<br>(part) | 03/29/19 | K | C | |
| 25. | | | | | Sold | 04/01/19 | J | C | |
| 26.   CISCO SYSTEMS, INC.-COMMON | A | Dividend | J | T | | | | | |
| 27.   COMCAST, INC-COMMON | A | Dividend | J | T | | | | | |
| 28.   CONSOLIDATED EDISON-COMMON | A | Dividend | J | T | | | | | |
| 29.   COSTAR GROUP, INC. | | None | J | T | | | | | |
| 30.   DANAHER CORP DEL COM | A | Dividend | K | T | Buy<br>(add'l) | 04/18/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 04/29/19 | J | | |
| 32.   ECOLAB, INC-COMMON | A | Dividend | K | T | | | | | |
| 33.   ENVESTNET, INC-COMMON | | None | J | T | | | | | |
| 34.   FASTENAL CO - COMMON | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 02/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | HEALTHCARE SERVICES GROUP, INC. | A | Dividend | | | Sold | 11/08/19 | J | A | |
| 36. | ILLUMINA, INC. | | None | K | T | Buy<br>(add'l) | 08/13/19 | J | | |
| 37. | INTELCORP - COMMON | A | Dividend | J | T | Sold<br>(part) | 10/11/19 | J | B | |
| 38. | IBM - COMMON | D | Dividend | M | T | | | | | |
| 39. | INTUITIVE SURGICAL, INC. | | None | K | T | | | | | |
| 40. | J&J - COMMON | A | Dividend | J | T | | | | | |
| 41. | LKQ CORP - COMMON | | None | | | Sold<br>(part) | 03/11/19 | J | B | |
| 42. | | | | | | Sold | 03/15/19 | J | C | |
| 43. | MARKEL CORP - COMMON | | None | K | T | Buy<br>(add'l) | 04/30/19 | J | | |
| 44. | MASTERCARD, INC - CL A | A | Dividend | J | T | | | | | |
| 45. | MOODYS CORP | A | Dividend | K | T | | | | | |
| 46. | PAYCHEX, INC. - COMMON | A | Dividend | J | T | | | | | |
| 47. | PROS HOLDINGS, INC. | | None | J | T | | | | | |
| 48. | QUALCOMM, INC. - COMMON | A | Dividend | K | T | Sold<br>(part) | 10/11/19 | J | C | |
| 49. | QUALYS INC - COMMON | | None | J | T | | | | | |
| 50. | RED HAT, INC. | | None | | | Sold | 07/10/19 | K | E | |
| 51. | ROPER INDUSTRIES - COMMON | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. S & P GLOBAL, INC. | A | Dividend | K | T | | | | | |
| 53. SEI INVESTMENTS CO - COMMON | A | Dividend | J | T | | | | | |
| 54. THERMO FISHER SCIENTIFIC INC. | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 55. TRANSDIGM GROUP, INC. - COMMON | A | Dividend | J | T | | | | | |
| 56. TRIMBLE NAVIGATION - COMMON | | None | J | T | Sold<br>(part) | 04/29/19 | J | D | |
| 57. TWILIO, INC. | | None | J | T | Buy | 11/08/19 | J | | |
| 58. TYLER TECHNOLOGIES, INC. | | None | K | T | | | | | |
| 59. VERISK ANALYTICS | A | Dividend | K | T | | | | | |
| 60. VISA, INC. - COMMON | A | Dividend | L | T | | | | | |
| 61. VULCAN MATERIALS CO | A | Dividend | K | T | Buy | 02/13/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 63. WASTE CONNECTIONS, INC. | A | Dividend | J | T | | | | | |
| 64. WATSCO, INC. - COMMON | A | Dividend | J | T | | | | | |
| 65. U.S.TREASURY BILLS | A | Interest | | | Buy | 05/06/19 | K | | |
| 66. | | | | | Matured | 08/08/19 | K | A | |
| 67. U.S. TREASURY BILLS | A | Interest | K | T | Buy | 08/05/19 | K | | |
| 68. AMERICAN FUNDS -AMERICAN<br>BALANCED FD INC SHS F-2CL | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 02/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | AMERICAN FUNDS-GROWTH FUND OF AMERICA CL F-2 | A | Dividend | J | T | | | | | |
| 70. | BLACKROCK STRATEGIC MUNI OPPORTUNITIES FND-INST CL | A | Dividend | J | T | | | | | |
| 71. | DODGE & COX GLOBAL STOCK FUND | A | Dividend | J | T | | | | | |
| 72. | FIRST EAGLE GLOBAL FUND, CLASS I (FORMERLY CL A) | A | Dividend | J | T | | | | | |
| 73. | HARTFORD MUTUAL FUNDS-HARTFORD MIDCAP I | A | Dividend | J | T | | | | | |
| 74. | IVY MID CAP INCOME OPPORTUNITIES FUND CLASS I | A | Dividend | J | T | | | | | |
| 75. | JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 76. | MFS SER TR I VALUE FD CL I | A | Dividend | J | T | | | | | |
| 77. | MORGAN STANLEY INSTL FD INC GLOBAL GRW I | | None | J | T | | | | | |
| 78. | PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD | A | Dividend | J | T | | | | | |
| 79. | VICTORY PORTFOLIOS SMALL CO OPP I | A | Dividend | J | T | | | | | |
| 80. | IRA ACCOUNT #1: (H) | | | | | | | | | |
| 81. | DEUTSCHE BANK INS DEPOSIT | A | Int./Div. | J | T | | | | | |
| 82. | ARTISAN GLOBAL VALUE FUND INSTITUTIONAL CLASS | | None | K | T | Buy | 12/30/19 | K | | |
| 83. | BLACKROCK MIDCAP GROWTH EQUITY INSTITUTIONAL FUND | | None | J | T | Buy | 12/30/19 | J | | |
| 84. | DODGE & COX GLOBAL STOCK FND | B | Dividend | | | Sold | 12/30/19 | K | C | |
| 85. | FIRST EAGLE GLOBAL FUND I | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 02/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | HARBOR CAPITAL APPRECIATION FUND | B | Dividend | | | Sold | 12/30/19 | K | C | |
| 87. | IVY MID CAP INCOME OPPORTUNITIES FUND | A | Dividend | J | T | Sold (part) | 12/30/19 | J | A | |
| 88. | JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 89. | MFS VALUE FUND CLASS I | A | Dividend | K | T | Sold (part) | 11/27/19 | J | A | |
| 90. | MSIF GLOBAL GROWTH OPPORTUNITY PORTFOLIO CL I | | None | K | T | Sold (part) | 11/27/19 | J | A | |
| 91. | PIMCO INCOME FUND INSTITUTIONAL CLASS | B | Dividend | | | Sold | 12/30/19 | K | | |
| 92. | PRIMECAP ODYSSEY STOCK FUND | B | Dividend | K | T | Sold (part) | 11/27/19 | J | A | |
| 93. | PGIM STRATEGIC BOND FUND CLASS Z | | None | K | T | Buy | 12/30/19 | K | | |
| 94. | PRINCIPAL BLUE CHIP FUND CLASS I | | None | K | T | Buy | 12/30/19 | K | | |
| 95. | VIRTUS GLOBAL REAL ESTATE SECURITIES FD CL A (Y) | | | | | | | | | |
| 96. | VIRTUS DUFF & PHELPS GLOBAL REAL ESTATE SECURITY FUND CLASS I (x) | A | Dividend | J | T | | | | | |
| 97. | PRINCIPAL FDS INC MIDCAP GROWTH I (formerly Midcap Blend) | A | Dividend | | | Sold | 12/30/19 | J | C | |
| 98. | VICTORY PORTFOLIOS SMALL CO OPP I | A | Dividend | J | T | | | | | |
| 99. | IRA ACCOUNT #2: (H) | | | | | | | | | |
| 100. | DEUTSCHE BANK INS DEPOSIT | A | Int./Div. | J | T | | | | | |
| 101. | ARTISAN GLOBAL VALUE FUND INSTITUTIONAL CLASS | A | Dividend | J | T | Buy | 06/26/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. BLACKROCK MIDCAP GROWTH EQUITY INSTITUTIONAL FUND | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 103. DODGE & COX GLOBAL STOCK FUND | | None | | | Sold | 06/26/19 | J | A | |
| 104. FIRST EAGLE FDS INC - GLOBAL FUND CL I | A | Dividend | J | T | | | | | |
| 105. HARBOR CAPITAL APPRECIATION FD | A | Dividend | | | Sold | 06/26/19 | J | B | |
| 106. IVY MID CAP INCOME OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 107. MFS NEW DISCOVERY VALUE FUND CLASS I | A | Dividend | J | T | | | | | |
| 108. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 109. MFS VALUE FUND CLASS I | A | Dividend | J | T | | | | | |
| 110. MSIF GLOBAL GROWTH OPPORTUNITY PORTFOLIO FD CL I | | None | J | T | | | | | |
| 111. PIMCO INCOME FUND INSTITUTIONAL CLASS | A | Dividend | J | T | | | | | |
| 112. PRIMECAP ODYSSEY STOCK FUND | A | Dividend | J | T | | | | | |
| 113. PRINCIPAL BLUE CHIP FUND CLASS I | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 114. PRINCIPAL FDS INC MIDCAP GROWTH I (formerly Midcap Blend) | | None | | | Sold | 06/26/19 | J | B | |
| 115. VIRTUS GLOBAL REAL ESTATE SECURITIES (y) | | | | | | | | | |
| 116. VIRTUS DUFF & PHELPS GLOBAL REAL ESTATE SECURITY FUND CLASS I (x) | A | Dividend | J | T | | | | | |
| 117. EDUCATION SAVINGS 529 PLANS: (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 02/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2030 (ACCT 1) | | None | J | T | Buy (add'l) | 12/05/19 | J | | |
| 119. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2030 (ACCT 2) | | None | J | T | Buy (add'l) | 12/05/19 | J | | |
| 120. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2030 (ACCT 3) | | None | J | T | Buy (add'l) | 12/05/19 | J | | |
| 121. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2036 (ACCT 4) | | None | J | T | Buy (add'l) | 12/05/19 | J | | |
| 122. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2033 (ACCT 5) | | None | J | T | Buy (add'l) | 12/05/19 | J | | |
| 123. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2033 (ACCOUNT 6) | | None | J | T | Buy (add'l) | 12/05/19 | J | | |
| 124. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOLLANDER, ELLEN L.** | 02/08/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ORIGINAL FILING COMMENTS:

PART VII. INVESTMENTS AND TRUSTS:

ROWS 95 & 96, AND 115 & 116.  VIRTUS GLOBAL REAL ESTATE SECURITIES FD CL A BECAME VIRTUS DUFF & PHELPS GLOBAL REAL ESTATE SECURITIES FUND CLASS I DURING 2019.  NO OTHER REPORTABLE SALE/PURCHASE TRANSACTIONS.

AMENDED FILING COMMENTS:

PART VII.  INVESTMENTS AND TRUSTS (AMENDMENTS):

ROW 10.  ROW 10 ORIGINALLY  REPORTED IN COLUMN A "DEUTSCHE BANK MONEY MARKET." UPON REVIEW, IT HAS BEEN DETERMINED THAT THE VALUE OF  THE ACCOUNT WAS DE MINIMUS AND BELOW THE REPORTING THRESHOLD DURING THE REPORTING PERIOD. THEREFORE, "Y" HAS BEEN INSERTED AT THE END OF THIS ASSET DESCRIPTION IN COLUMN A. FURTHER, IT WAS DETERMINED ON REVIEW THAT THE ABBREVIATED DESCRIPTION PROVIDED ON BROKERAGE STATEMENTS ACTUALLY MEANT THAT THE ASSETS IN THIS ROW WERE COMPRISED OF CASH HELD IN AN FDIC-INSURED DEPOSIT SWEEP ACCOUNT PROGRAM ADMINISTERED BY A SUBSIDIARY OF DEUTSCHE BANK, RATHER THAN A DEUTSCHE BANK MONEY MARKET MUTUAL FUND. SUBSEQUENTLY, CASH DEPOSITS HELD IN SWEEP ACCOUNTS WERE TRANSITIONED BY THE BROKERAGE FIRM TO ANOTHER PROGRAM, THE "INSURED DEPOSIT PROGRAM," WITH A DIFFERENT ADMINISTRATOR, TOTAL BANK SOLUTIONS. INCOME EARNED ON THE BALANCE  HAS ALSO  BEEN UPDATED TO REFLECT OPTION "INTEREST" (COLUMN B.2),  RATHER THAN INT/DIV. AS INDICATED, THE AMOUNT OF CASH HELD IN THESE FDIC-INSURED DEPOSIT SWEEP ACCOUNT PROGRAMS WAS  BELOW THE REPORTING THRESHOLD DURING THIS REPORTING PERIOD.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ ELLEN L. HOLLANDER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544